UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHA A. SPRINGER,            )
      Petitioner,              )
                                          )    No. 1:17-cv-1080
-v-                                           )
                                          )    HONORABLE PAUL L. MALONEY
SHAWN BREWER,                  )
      Respondent.              )
                                           )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 24), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:** December 16, 2020                        /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge